# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :   No. 466 EAL 2021

         Respondent                   :

                                           :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

            v.                            :

                                           :

KONATA MATTHEWS,                  :

                                           :

              Petitioner                       :

COMMONWEALTH OF PENNSYLVANIA,      :   No. 467 EAL 2021

         Respondent                   :

                                           :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

            v.                            :

                                           :

KONATA MATTHEWS,                  :

              Petitioner                       :

COMMONWEALTH OF PENNSYLVANIA,      :   No. 468 EAL 2021

         Respondent                   :

                                           :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

            v.                            :

                                           :

KONATA MATTHEWS,                  :

              Petitioner                       :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 31st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.